UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20633-CR-CMA

UNITED STATES OF AMERICA

vs.

**RICARDO FERGILE,**
   a/k/a "Dave,"

       **Defendant.**
_____/

## UNITED STATES' WITNESS LIST

The United States of America hereby submits its list of witnesses whom it intends to call at trial.

1. Johny Telfort, Civilian, Haiti
2. Carmen Salmon, Drug Enforcement Administration Senior Forensic Chemist
3. Joseph Kuchta, Customs and Border Protection Officer
4. Antoine Lubin, Civilian, Haiti
5. Christy Huffman, Customs and Border Protection Officer
6. Derek Sousa, Drug Enforcement Administration, Intelligence Group Supervisor

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          ACTING UNITED STATES ATTORNEY

By:    */s/ Yeney Hernandez*
      YENEY HERNANDEZ
      Assistant United States Attorney
      Court ID No. A5502300
      U.S. Attorney's Office - SDFL
      99 N.E. 4th Street, Suite 700
      Miami, FL 33132 2111
      Telephone: (305) 961 9277
      Facsimile: (305) 536 4699

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on August 23, 2021, with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                        */s/ Yeney Hernandez*
                        YENEY HERNANDEZ
                        Assistant United States Attorney