UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20633-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO FERGILE,

_____/

## VERDICT FORM

We, the Jury, in the above-captioned case, unanimously find as follows:

1.     As to Count 1 of the Indictment, we find the Defendant **RICARDO FERGILE**:

    GUILTY __X__          NOT GUILTY _____

*(If you find the Defendant guilty as to Question 1, proceed to Question 2. If you find the Defendant not guilty as to Question 1, do not answer Question 2 and move on to Question 3).*

2.     We, the Jury in the above-captioned case, having found the Defendant, **RICARDO FERGILE**, guilty, further find that the unlawful plan was to import the following amount of a mixture and substance containing a detectable amount of cocaine:

    (a)     Five Kilograms or More      _____

    (b)     Between 500 Grams and Five Kilograms      __X__

    (c)     Less Than 500 Grams      _____

3.     As to Count 2 of the Indictment, we find the Defendant **RICARDO FERGILE**:

    GUILTY _____          NOT GUILTY __X__

*(If you find the Defendant guilty as to Question 3, proceed to Question 4. If you find the Defendant not guilty as to Question 3, do not answer Question 4, and move on to Question 5).*

4. We, the Jury in the above-captioned case, having found the Defendant, **RICARDO FERGILE,** guilty, further find that the Defendant imported the following amount of a mixture and substance containing a detectable amount of cocaine:

    (a)     500 Grams or More      _____

    (b)     Less Than 500 Grams      _____

5. As to Count 3 of the Indictment, we find the Defendant **RICARDO FERGILE**:

     GUILTY \_\_\_\_          NOT GUILTY **X**

*(If you find the Defendant guilty as to Question 5, proceed to Question 6. If you find the Defendant not guilty as to Question 5, do not answer Question 6, and move on to Question 7).*

6. We, the Jury in the above-captioned case, having found the Defendant, **RICARDO FERGILE,** guilty, further find that the unlawful plan was to possess with intent to distribute the following amount of a mixture and substance containing a detectable amount of cocaine:

    (a)     Five Kilograms or More      _____

    (b)     Between 500 Grams and Five Kilograms      _____

    (c)     Less Than 500 Grams      _____

7. As to Count 4 of the Indictment, we find the Defendant **RICARDO FERGILE**:

     GUILTY \_\_\_\_          NOT GUILTY **X**

*(If you find the Defendant guilty as to Question 7, proceed to Question 8. If you find the Defendant not guilty as to Question 7, do not answer Question 8).*

CASE NO. 19-20633-CR-ALTONAGA

8. We, the Jury in the above-captioned case, having found the Defendant, **RICARDO FERGILE,** guilty, further find that the Defendant possessed with intent to distribute the following amount of a mixture and substance containing a detectable amount of cocaine:

(a) 500 Grams or More       _____

(b) Less Than 500 Grams     _____

SO SAY WE ALL.

Dated: Oct. 26, 2021

_____
FOREPERSON OF THE JURY